**Order entered June 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01577-CV

**WAYNE A. RAND, Appellant**

**V.**

**DOROTHY DENNISE RAND, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-1306590**

## ORDER

Before the Court is appellant's motion to extend time to file brief. In the motion, appellant, a pro se inmate, requests not only additional time to file his brief but also a copy of the supplemental clerk's record filed June 1, 2015. We **GRANT** the motion, **DIRECT** the Clerk of the Court to send to appellant a copy of the supplemental clerk's record, and **ORDER** the brief be filed no later than July 31, 2015.

/s/  CRAIG STODDART
     JUSTICE